**No. 65907.**—Empire Findings Co., Inc. *v.* United States, protests 60/17107 and 60/17109 (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of otoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (44 Cust. Ct. 21, C.D. 2148), the claim of the plaintiff was sustained.

**No. 65908.**—Pico Novelty Co. et al. *v.* United States, protests 59/9429, etc. (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiffs was sustained.

**No. 65909.**—James S. Baker (Imports) Co., Inc., and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 58/543, etc. (San Francisco).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of blacksmiths' sledges of iron or steel, the claim of the plaintiffs was sustained.